NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WHITSERVE, LLC,**
*Plaintiff/Counterclaim Defendant-
Cross Appellant,*

AND

**WESLEY W. WHITMYER, JR.,**
*Third Party Defendant-
Cross Appellant,*

v.

**COMPUTER PACKAGES, INC.,**
*Defendant-/Counterclaim Plaintiff-
Appellant.*

---

2011-1206, -1261

---

Appeals from the United States District Court for the District of Connecticut in case no. 06-CV-1935, Judge Alfred V. Covello.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Computer Packages, Inc.'s unopposed motion to file a corrected, non-confidential brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 2 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Gene S. Winter, Esq.
John A. Krause, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 7 2011

JAN HORBALY
CLERK